02D02-2604-CT-000226
Allen Superior Court 2
Filed: 4/3/2026 7:52 AM
Clerk
Allen County, Indiana
BB

| | | |
|---|---|---|
| STATE OF INDIANA ) | ) SS: | IN THE ALLEN SUPERIOR COURT |
| COUNTY OF ALLEN ) | | CAUSE NO.________________ |

VERONICA BERKEY, )
)
Plaintiff, )
)
v. )
)
PRAIRIE FARMS DAIRY, INC )
)
Defendant. )

## COMPLAINT

Plaintiff alleges against the Defendants that:

1. The Plaintiff Veronica Berkey, a resident of Fort Wayne, Indiana, was employed by Defendant Prairie Farms Dairy, Inc from about July 9, 2018, to May 16, 2025.

2. Defendant Prairie Farms Dairy, Inc is a corporation which does business at 3400 Lima Road, Fort Wayne, Indiana 46805. "Prairie Farms" has a Principal Office Address of 3744 Staunton Rd, Edwardsville, IL., 62025. Its Registered Agent is Corporation Service Company, 135 North Pennsylvania Street, Suite 1610, Indianapolis, Indiana 46204. Prairie Farms is an employer for purposes of the Family Medical Leave Act of 1990, 29 U.S.C. § 2601 *et seq* ("FMLA").

3. During Plaintiff's employment with Prairie Farms, she applied for and received FMLA medical leave to attend to her granddaughters serious health conditions (Papilledema, Pseudotumor Cerebri, headaches) which had an onset of 4-11-25, on an intermittent basis of eight hours per day, 1-11/2 days per week for 04 /15/ 25/to 4/15/26, attending appointments with neurology and Ophthalmology to Indianapolis and back), FMLA

paperwork signed by Plaintiff 04/11/25, and signed by healthcare provider 04-17-25 and approved 04/29/25 to 05/14/25 to 05/14/25. Plaintiff attempted to renew the FMLA for a covered period from February 28, 2025, through August 12, 2025. In the mist of renewing her FMLA time she was written up for talking to a Union Representee (pretextual and unfair and unlawful), and she was written up for having "low and high weights" on product, on May 8 ,2025 than terminated May 16 ,2005.

4. Plaintiff claims that her termination was because she took, and was attempting to renew, FMLA time for her granddaughter's serious illness. Plaintiff claims she was denied substrative benefits of the FMLA (denied FMLA Leave), that she was retaliated against for attempting to renew her application for FMLA leave, and that Defendant interfered with her job because she was attempting to renew her FMLA leave, to attend to her granddaughter's serious illnesses.

5. Defendant is pretextual reason for terminating Plaintiff was because she had reached her fourth write up. However, Plaintiff contends that Defendant manufactured the write ups, particularly the third write up which was allegedly for talking to a Union Representative. Defendant's real reason for firing Plaintiff was out of retaliation and interfering with her job because she utilized FMLA leave.

6. Defendant acted intentionally and in reckless disregard of Plaintiff's federally protected rights under the FMLA. Plaintiff is entitled to pecuniary damages, liquidated damages, reasonable attorneys fees and costs, and for all other just and proper relief.

WHEREFORE, Plaintiff prays for judgment against the Defendant, for pecuniary

damages, backpay and the equitant of loss benefits, liquidated damages, reasonable attorneys' fees and costs, and for all other just and proper relief under the FMLA.

**VERIFICATION**

I, Veronica Berkey swear and affirm under the penalties for perjury that the above and foregoing representations are true and correct based upon my personal knowledge.

4-2-26
Date

Veronica Berkey

**JURY DEMAND**

Pursuant to Rule 38 of the Indiana Rules of Trial Procedure, Plaintiff demands a trial by jury in this action.

Respectfully submitted,

**MYERS & WALLACE, LLP**

/s/Christopher C. Myers
Christopher C. Myers, #10043-02
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802
Telephone: (260) 424-0600
Facsimile: (260) 424-0712
E-mail: cmyers@myers-law.com
*Counsel for Plaintiff*